NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MORRIS LIONEL RHODES,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1101

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-2012, Judge Amanda L. Meredith.

---

**ON MOTION**

---

## O R D E R

Upon consideration of Morris Lionel Rhodes's motion to voluntarily dismiss his appeal pursuant to Federal Rule of Appellate Procedure 42(b), and the parties' joint response as to the allocation of costs,

IT IS ORDERED THAT:

2                                                    RHODES v. MCDONOUGH

(1)  The motion is granted to the extent that the appeal is withdrawn.

(2)  Each party shall bear its own costs.

FOR THE COURT

March 25, 2024                                      Jarrett B. Perlow
Date                                               Clerk of Court

ISSUED AS A MANDATE:  March 25, 2024